IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-7 (MTT) |
| | ) |
| MELVIN QUAINTER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term. Doc. 41. Defendant was indicted on January 13, 2021 and had his arraignment in this Court on March 9, 2021. Docs. 1; 9. Four prior continuances have been granted. Docs. 23; 27; 30; 36. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to allow additional time for defense counsel to investigate the case and participate in plea negotiations. Doc. 41 at 1. The government does not oppose the motion. *Id.* at 3.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 41) is **GRANTED**. The case is continued from the September term until the Court's next trial term presently scheduled for **November 15, 2021**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 30th day of August, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT