IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-7 (MTT) |
| | ) |
| MELVIN QUAINTER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have jointly moved to continue this case until the next trial term. Doc. 52. The defendant was indicted on January 13, 2021, and had his arraignment in this Court on March 9, 2021. Docs. 1; 9. Eight prior continuances have been granted. Docs. 23; 27; 30; 36; 42; 45; 48; 50. The parties now move to continue this case until the next trial term because the defendant has absconded from pretrial supervision and his whereabouts are unknown. Doc. 52 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the parties' motion (Doc. 52) is **GRANTED**. The case is continued from the May term until the Court's next trial term presently scheduled for **July 18, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 21st day of April, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT