IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Case No. 5:21-cr-7 (MTT) |
| MELVIN QUAINTER, | : |
| | : |
| Defendant. | : |
| | : |

### ORDER REVOKING PRETRIAL RELEASE

Defendant Melvin Quainter appeared on July 12, 2022, for a hearing on a petition for action on pretrial release pursuant to 18 U.S.C. § 3148. At the hearing, Defendant stipulated that he violated the conditions of pretrial release as alleged in part one of the petition. The Court further finds that Defendant is unlikely to abide by any condition or combination of conditions of release.

Accordingly, the Order Setting Conditions of Release is hereby **REVOKED**, and the Defendant is committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 14th day of July, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge