IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-7 (MTT) |
| | ) |
| MELVIN QUAINTER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have jointly moved the Court to continue this case to the next trial term. Doc. 64. The defendant was indicted on January 13, 2021, and had his arraignment in this Court on March 9, 2021. Docs. 1; 9. Ten prior continuances have been granted. Docs. 23; 27; 30; 36; 42; 45; 48; 50; 53; 55. The parties now move the Court to continue this case to the next trial term because defense counsel needs additional time to meet with the defendant who was recently taken back into custody after a lengthy period in fugitive status, and counsel for the government has another case scheduled for trial during the current term. Doc. 64 at 1-2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the parties' motion (Doc. 64) is **GRANTED**. The case is continued from the September term until the Court's next trial term presently scheduled for **November 14, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 23rd day of August, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT