✎GAM 35
(Rev. 2/06)

**Motion to Dismiss**
**Petition for Warrant or Summons for Offender Under Supervision**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:21-CR-00007-001 (MTT) |
| **MELVIN QUAINTER** | |

On December 14, 2023, Melvin Quainter was sentenced for the offense of False Statement During the Purchase of a Firearm to a custody term of time served to be followed by a three (3) year term of supervised release. The court ordered special conditions of supervision to include substance abuse testing and treatment, and a search condition.

On January 10, 2025, the supervised releasee appeared in court for a final revocation hearing related to a Petition for Warrant or Summons for Offender Under Supervision (Doc. 90) filed on May 2, 2024. Quainter admitted to the violations listed in the petition. The court deferred sentencing and modified the conditions of supervised release to include Quainter's participation and completion of the inpatient substance abuse treatment program at the Rescue Mission in Macon, Georgia.

On January 9, 2026, the supervised releasee graduated from the inpatient substance abuse treatment program at the Rescue Mission in Macon, Georgia.

Therefore, the court orders the petition (Doc. 90) to be dismissed.

Respectfully submitted,

James O. Poe, III
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___27th___ day of ___April___, 2026.

S/ Marc T. Treadwell

MARC T. TREADWELL
U.S. DISTRICT JUDGE